UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE LAUNDRY, DRY CLEANING
WORKERS AND ALLIED INDUSTRIES HEALTH
FUND, UNITE HERE! AND TRUSTEES OF THE
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND
UNITE HERE!,
         Plaintiff(s),
  -against-
NASSAU UNIFORM RENTAL COMPANY,
         Defendant(s).
------------------------------------------------------------X

INDEX NO. 07 CV 6633(DAB)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                      S.S.:
COUNTY OF NEW YORK)

        NELSON CARVAJAL, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 20th day of August 2007, at approximately 12:10 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE AND COMPLAINT** upon Nassau Uniform Rental Company at 525 Ray Street, Freeport, NY 11520, by personally delivering and leaving the same with David Zinn, President, who informed deponent that he is authorized by law to receive service at that address.

        David Zinn is a white male, approximately 48 years of age, stands approximately 5 feet 7 inches tall and weighs approximately 180 pounds with brown hair and brown eyes.

_____
NELSON CARVAJAL #965441

Sworn to before me this
14th day of September, 2007

_____
NOTARY PUBLIC

                 HOWARD DANIEL GOLDMAN
              NOTARY PUBLIC - STATE OF NEW YORK
                      NO. 01GO5062405
                QUALIFIED IN NEW YORK COUNTY
             MY COMMISSION EXPIRES JULY 1, 2010