UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE LAUNDRY, DRY CLEANING
WORKERS AND ALLIED INDUSTRIES HEALTH
FUND, UNITE HERE! and TRUSTEES OF THE
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND,
UNITE HERE!,
      Plaintiff(s),

Index No. 07 CIV. 6633(DAB)

AFFIDAVIT OF SERVICE

  -against-
NASSAU UNIFORM RENTAL COMPANY,
      Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK  )
                    S.S.:
COUNTY OF NEW YORK)

      NELSON CARVAJAL, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 20th day of December 2007, at approximately 2:30 p.m., deponent served a true copy of the **FIRST AMENDED COMPLAINT** upon Nassau Uniform Rental Company c/o David Zinn, President at 525 Ray Street, Freeport, NY 11520, by personally delivering and leaving the same with Kelly Goez, Office Manager, who informed deponent that she is an agent authorized by appointment to receive service at that address.

      Kelly Goez is a white female, approximately 40 years of age, stands approximately 5 feet 4 inches tall and weighs approximately 143 pounds with black hair and brown eyes.

NELSON CARVAJAL #965441

Sworn to before me this
24th day of December, 2007

NOTARY PUBLIC