AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

TRUSTEES OF THE LAUNDRY, DRY CLEANING
WORKERS AND ALLIED INDUSTRIES HEALTH FUND,
UNITE HERE! AND TRUSTEES OF THE LAUNDRY, DRY
CLEANING WORKERS AND ALLIED INDUSTRIES
RETIREMENT FUND, UNITE HERE!
                                    Petitioners,
                    and
NASSAU UNIFORM RENTAL COMPANY,
                                    Respondent.

**APPEARANCE**

Case Number:    **07 CIV. 6633 (DAB)**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE! and
Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, UNITE HERE!

I certify that I am admitted to practice in this court.

| May 8, 2008 | | |
|---|---|---|
| Date | | |

| David C. Sapp | | DS 5781 |
|---|---|---|
| Print Name | | Bar Number |
| 730 Broadway | | |
| Address | | |
| New York | New York | 10003-9511 |
| City | State | Zip Code |
| 212-539-5576 | | 212-780-4125 |
| Phone Number | | Fax Number |