```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
TRUSTEES OF THE LAUNDRY, DRY
CLEANING WORKERS AND ALLIED
INDUSTRIES HEALTH FUND, UNITE HERE!,

                  Plaintiff,

        -against-                           07 Civ. 6633 (DAB)
                                            ORDER TO SHOW CAUSE
NASSAU UNIFORM RENTAL COMPANY,

                  Defendant.
------------------------------------X
```



DEBORAH A. BATTS, United States District Judge.

The Court's records indicate that the amended Complaint in this action was filed on January 02, 2007. To date, the Defendant has not answered or otherwise moved with respect to the Complaint.

Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE why its action against Defendant should not be dismissed for failure to prosecute. See <u>Lyell Theatre Corp. v. Loews Corp.</u>, 682 F.2d 37, 42 (2d Cir. 1982) (holding that a district court's authority to dismiss an action for plaintiff's failure to prosecute "cannot seriously be doubted").

Plaintiff's showing of good cause, if any, shall be made by affidavit, or by moving for default judgment against the Defendant.

If Plaintiff fails within thirty days from the date of this

Order to show cause, by either affidavit or by moving for default judgment, its claims against Defendant shall be dismissed for failure to prosecute.

SO ORDERED.
Dated:   New York, New York
         June 4, 2008

                                                */s/ Deborah A. Batts*
                                                Deborah A. Batts
                                                United States District Judge