UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and TRUSTEES OF THE LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,<br>Plaintiffs,<br>-V.-<br>NASSAU UNIFORM RENTAL COMPANY,<br>Defendant. | **DEFAULT JUDGMENT**<br><br>07 Civ. 6633 (DAB) |

This action having been commenced on July 24, 2007 by the filing of a Complaint, and copies of the Summons and Complaint having been served upon defendant Nassau Uniform Rental Company, a New York Corporation, by personal service upon David Zinn, President, authorized by appointment to receive service, on August 20, 2007, and proof of such service having been filed with the Court on September 14, 2007, and the First Amended Complaint having been filed with the Court on January 2, 2008, and copies of the First Amended Complaint having been served upon defendant Nassau Uniform Rental Company, by personal service upon David Zinn, President, authorized by appointment to receive service, on December 20, 2007, and proof of such service having been filed with the Court on December 26, 2007 and defendant not having appeared, answered or moved with respect to the Complaint, and the time for appearing, answering or moving having expired,

**NOW, THEREFORE,** upon the application of David C. Sapp, Esq., attorney for plaintiffs, it is

**ORDERED, ADJUDGED AND DECREED** that plaintiff Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE! have judgment against defendant Nassau Uniform Rental Company for delinquent contributions for the period of September 1, 2007 through and including November 30, 2007 in the principal amount of $9,576.00, plus interest thereon at eighteen percent (18%) per month or part thereof for the period September 1, 2007 through and including June 23, 2008 in the amount of $2,633.40, liquidated damages of twenty percent (20%) of the delinquent contributions in the amount of $ 1,915.20 , all totaling $14,124.60 as of June 23, 2008; and it is further

**ORDERED, ADJUDGED AND DECREED** that plaintiff Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, UNITE HERE! have judgment against defendant Nassau Uniform Rental Company for delinquent contributions for the period of February 25, 2007 through and including April 30, 2007 and July 1, 2007 through and including November 30, 2007 in the principal amount of $12,376.00, plus interest at eighteen percent (18%) per month or part thereof for the period February 25, 2007 through and including June 23, 2008 in the amount of $3,606.72, liquidated damages of twenty percent (20%) of the delinquent contributions in the amount of $2,475.20, all totaling $18,457.92 as of June 23, 2008; and it is further

**ORDERED, ADJUDGED AND DECREED** that plaintiff Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE! and Plaintiff Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, UNITE HERE! have judgment against defendant Nassau Uniform Rental Company for costs of the instant action in the amount of $350.00; and it is further

**ORDERED, ADJUDGED AND DECREED** that defendant Nassau Uniform Rental Company is restrained and enjoined permanently from becoming or remaining delinquent in its contributions to plaintiff Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE! and plaintiff Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, UNITE HERE!, and defendant is ordered to make such contributions in accordance with the terms of the Funds' rules and regulations and the collective bargaining agreement between defendant and the Laundry, Dry Cleaning and Allied Workers Joint Board, UNITE HERE, and it is further

**ORDERED, ADJUDGED AND DECREED** that interest continue to accrue at the legal rate from the date that judgment is entered until the judgment is paid.

*The Clerk of Court is respectfully directed to close the docket in this case.*

Dated: July 9, 2008
New York, New York

Deborah A. Batts
United States District Court Judge

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____